UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN KWABENA ANSAH,

                Plaintiff,

v.

DAVID KISSI,

                Defendant.

23-CV-6930 (DEH)

ORDER

DALE E. HO, United States District Judge:

    Plaintiff is reminded of their obligation to serve the summons, complaint, and affirmation of service on Defendant by **December 6, 2023,** within 90 days of the issuance of the summons (Dkt. No. 3).

    The status letter due November 7, 2023, and the initial conference scheduled for November 14, 2023, at 2:00 p.m. ET (Dkt. No. 7) is **ADJOURNED** pending further court order.

    The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

SO ORDERED.

Dated: November 8, 2023
       New York, New York

                                            DALE E. HO
                              United States District Judge