USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Kwabena Ansah,

                  Plaintiff,

-against-

David Kissi,

                  Defendant.

1:23-cv-06930 (DEH) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

During a telephone conference with Plaintiff Christian Kwabena Ansah, at which Defendant did not appear, Plaintiff consented to receive electronic service in this case. Accordingly, the Clerk of Court is directed to add Plaintiff's email address (ckansahlaw@gmail.com) to the ECF docket.

Plaintiff once again is reminded of his obligation to serve the summons, complaint and affirmation of service on Defendant by **December 6, 2023**, within 90 days of the issuance of the summons. (ECF No. 3.) In addition, if Plaintiff concludes that he lacks personal jurisdiction over Defendant, he may voluntarily dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

SO ORDERED.

Dated: New York, New York
       November 14, 2023

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge