UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN KWABENA ANSAH,

                Plaintiff,

-against-

DAVID KISSI,

                Defendant.

23 Civ. 6930 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    Plaintiff filed this action on August 4, 2023. *See* ECF No. 1. The Clerk of Court issued a summons as to Defendant on September 7, 2023. *See* ECF No. 5. On January 10, 2025, the Court issued an Order directing Plaintiff to explain, in writing, why he failed to serve the summons and Complaint within 90 days as required by Federal Rule of Civil Procedure 4(m). *See* ECF No. 12. The Court explained that if it did not receive any communication from Plaintiff by January 24, 2025, the case would be dismissed. *See id.* To date, Plaintiff has not filed proof of service as to Defendant or provided an explanation for his failure to serve Defendant.

    It is hereby **ORDERED** that this case is dismissed. The Clerk of Court is respectfully directed to close the case and to mail a copy of this Order to Plaintiff.

Dated: January 29, 2025
       New York, New York

SO ORDERED.

_____
DALE E. HO
United States District Judge